# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CARLA M. WORTEL**                                                    **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:23CV266-LG-BWR**

**WAL-MART STORES EAST, LP**                                 **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for thirty days from the date of this Judgment for the purpose of enforcing the settlement agreement.

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge